AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED by _____ D.C.
AUG - 2 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Moises Eduardo Cruz-Flores | ) Case No. 13-8358-DLB |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 25, 2013__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Illegal reentry after removal |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Andy Korzen, Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __8-2-2013__

_____
Judge's signature

City and state: __West Palm Beach, Florida__   __Magistrate Judge Dave Lee Brannon__
*Printed name and title*

## UNITED STATES v. MOISES EDUARDO CRUZ-FLORES
## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over ten years. I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Moises Eduardo CRUZ-FLORES committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a).

3. On or about July 25, 2013, an individual identifying himself as Moises Eduardo CRUZ-FLORES was arrested in Palm Beach County, Florida on charge of simple assault-cause bodily harm. He was booked and detained at the Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system with a positive match for an individual previously removed from United States, that is Moises Eduardo CRUZ-FLORES.

4. On or about July 26, 2013, at the Palm Beach County Jail, Immigration Enforcement Agent Cynthia Alcocer took a sworn statement from Moises Eduardo CRUZ-FLORES. Post-*Miranda,* Moises Eduardo CRUZ-FLORES admitted to being

1

native of Mexico. He further admitted to last entering into the United States illegally around February 2013, after being removed from the United States three times. Moises Eduardo CRUZ-FLORES further admitted that he did not seek permission from the U.S. government to re-enter the United States.

5. On or about August 1, 2013, your affiant reviewed documents from the immigration alien file assigned to Moises Eduardo CRUZ-FLORES. Records within the alien file assigned to Moises Eduardo CRUZ-FLORES show that he is a native and citizen of Mexico. Records further show that on or about October 8, 2012, Moises Eduardo CRUZ-FLORES was ordered removed from the United States. The Order of Removal was executed on or about October 8, 2012, whereby Moises Eduardo CRUZ-FLORES was removed from the United States to Mexico. Thereafter, Moises Eduardo CRUZ-FLORES re-entered into the United States illegally and was removed on two additional separate occasions: on or about January 28, 2013 and or about February 18, 2013.

6. Additional records obtained by your affiant show that on or about January 28, 2013, in the United States District Court, District of Arizona, Moises Eduardo CRUZ-FLORES was convicted of illegal entry in case number 13-21139M.

7. Your affiant performed a record check in the Computer Linked Application Informational Management System (CLAIMS) to determine if Moises Eduardo CRUZ-FLORES filed an application for permission to reapply for admission into the United States after deportation or removal. After a diligent search was performed in that database system, no record was found to exist indicating that Moises Eduardo CRUZ-FLORES obtained consent from the Attorney General of the United States or

from the Secretary of Homeland Security, for re-admission into the United States as required by law. A certificate of Non-Existence of Record has been requested from Bureau of Citizenship and Immigration Services.

8.  Based on the foregoing, your affiant avers that there exists probable cause to believe that, on or about July 25, 2013, Moises Eduardo CRUZ-FLORES, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this 2nd day of August, 2013.

_____
DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 13-8358-DLB

UNITED STATES OF AMERICA

v.

Moises Eduardo Cruz-Flores,

    Defendant.

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? \_\_\_\_\_Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? \_\_\_\_\_Yes __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: _____
Marc Osborne
Assistant United States Attorney
Court ID# A5500796
500 S. Australian Ave, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 209-1014
marc.osborne@usdoj.gov